Certificate Number: 14424-PAE-DE-036243401

Bankruptcy Case Number: 21-12946



14424-PAE-DE-036243401

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2022, at 2:48 o'clock PM EST, Frederick P Rumig completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 5, 2022              By:    /s/Edsie Lim

                                     Name:  Edsie Lim

                                     Title: Certified Personal Finance Counselor