| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | | | Processed By Summit Care Services | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | | | (215) 247-5311 | | |
| DBA | | | | | | | | | | | | | |
| Employee Name | Fred  Rumig | | | | | | UCI | PA | Tax Status | | | Dep | Flat E/F | % E/F |
| Company No. | 58 | Payroll No. | 81 | Pay Freq. | Bi-Weekly | Federal | | Single | | 4a | | 2 | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 07/25/2021 | | 2c | 3 | | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 08/07/2021 | (W) PA | | Single | | | | 0 | |
| Check No. | 2007551 | Net Pay | 1,707.15 | Check Date | 08/13/2021 | (R) | | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 27.35 | Personal Hours | 14.38 | Balances | | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,707.15 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | | |

| Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 608058 | 0-Regular Pay | 27.2500 | 71.25 | 1,941.56 | 0-Regular Pay | 945.00 | 25,751.26 | Federal WH | 231.85 | 3,094.44 | 6-Colonial Post | 16.39 | 344.19 |
| 608058 | 15-1.00 Differe | 1.0000 | 45.50 | 45.50 | 1-Holiday | 15.00 | 408.76 | OASDI | 141.35 | 1,951.77 | 25-Medical | 75.00 | 1,575.00 |
| 608058 | 17-25% Differe | 6.8100 | 46.50 | 316.67 | 2-Personal | 14.00 | 381.50 | Medicare | 33.06 | 456.46 | 26-Dental | 12.67 | 299.67 |
| 608058 | 28-$3.00 Differ | 3.0000 | 24.00 | 72.00 | 4-Vacation | 32.50 | 885.64 | PA: State WH | 69.99 | 966.44 | 28-Colonial Pre | 8.23 | 172.68 |
| | | | | | 5-Bonus | | 250.00 | PA: EE SUI | 1.43 | 20.13 | | | |
| | | | | | 15-1.00 Differe | 607.25 | 607.25 | PA: Loc-Philade | 78.61 | 1,097.42 | | | |
| | | | | | 17-25% Differe | 628.50 | 4,280.10 | | | | | | |
| | | | | | 28-$3.00 Differ | 321.00 | 963.00 | | | | | | |
| Employee Totals | | 187.25 | 2,375.73 | Total YTD: | 2,563.25 | 33,527.51 | | 556.29 | 7,586.66 | | 112.29 | 2,391.54 |

Fairview Care Center of Bethlehem Pike SNF LLC
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 08/13/2021 | 2007551 |

$ 1,707.15

## Direct Deposit Voucher

Payee  **Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

**NON-NEGOTIABLE**                    **NON-NEGOTIABLE**

08/11/2021   4:53:35 PM

## Direct Deposit Voucher

| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | Processed By Summit Care Services | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | (215) 247-5311 | | | |
| DBA | | | | | | | | | | | | |
| Employee Name | Fred  Rumig | | | | | | UCI | PA | Tax Status | | Dep | Flat E/F | % E/F |
| Company No. | 58 | Payroll No. | 82 | Pay Freq. | Bi-Weekly | Federal | | Single | 4a | | 2 | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 08/08/2021 | | 2c | 3 | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 08/21/2021 | (W) PA | | Single | | | 0 | |
| Check No. | 2007637 | Net Pay | **1,667.40** | Check Date | 08/27/2021 | (R) | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 19.87 | Personal Hours | 16.26 | Balances | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,667.40 | Bank Account #3 | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | |

| Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 608058 | 0-Regular Pay | 27.2500 | 58.25 | 1,587.31 | 0-Regular Pay | 1,003.25 | 27,338.57 | Federal WH | 218.14 | 3,312.58 | 6-Colonial Post | 16.39 | 360.58 |
| 608058 | 4-Vacation | 27.2500 | 11.50 | 313.38 | 1-Holiday | 15.00 | 408.76 | OASDI | 137.49 | 2,089.26 | 25-Medical | 75.00 | 1,650.00 |
| 608058 | 15-1.00 Differe | 1.0000 | 37.75 | 37.75 | 2-Personal | 14.00 | 381.50 | Medicare | 32.15 | 488.61 | 26-Dental | 12.67 | 312.34 |
| 608058 | 17-25% Differe | 6.8100 | 46.25 | 314.96 | 4-Vacation | 44.00 | 1,199.02 | PA: State WH | 68.08 | 1,034.52 | 28-Colonial Pre | 8.23 | 180.91 |
| 608058 | 28-$3.00 Differe | 3.0000 | 20.00 | 60.00 | 5-Bonus | | 250.00 | PA: EE SUI | 1.39 | 21.52 | | | |
| | | | | | 15-1.00 Differe | 645.00 | 645.00 | PA: Loc-Philade | 76.46 | 1,173.88 | | | |
| | | | | | 17-25% Differe | 674.75 | 4,595.06 | | | | | | |
| | | | | | 28-$3.00 Differ | 341.00 | 1,023.00 | | | | | | |
| Employee Totals | | 173.75 | 2,313.40 | Total YTD: | 2,737.00 | 35,840.91 | | 533.71 | 8,120.37 | | 112.29 | 2,503.83 |

Fairview Care Center of Bethlehem Pike SNF LLC
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 08/27/2021 | 2007637 |

$ 1,667.40

## Direct Deposit Voucher

Payee  **Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

**NON-NEGOTIABLE**                                                 **NON-NEGOTIABLE**

08/25/2021  12:46:10 PM

## Direct Deposit Voucher

| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | | Processed By Summit Care Services | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | | (215) 247-5311 | | |
| DBA | | | | | | | | | | | | |
| Employee Name | Fred Rumig | | | | | | UCI | PA | Tax Status | | Dep | Flat E/F | % E/F |
| Company No. | 58 | Payroll No. | 83 | Pay Freq. | Bi-Weekly | Federal | | Single | 4a | 2 | | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 08/22/2021 | | 2c | 3 | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 09/04/2021 | (W) PA | | Single | | 0 | | |
| Check No. | 2007718 | Net Pay | **1,635.00** | Check Date | 09/10/2021 | (R) | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 12.45 | Personal Hours | 18.16 | Balances | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,635.00 | Bank Account #3 | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 608058 | 0-Regular Pay | 27.2500 | 59.25 | 1,614.56 | 0-Regular Pay | 1,062.50 | 28,953.13 | Federal WH | 206.96 | 3,519.54 | 6-Colonial Post | 16.39 | 376.97 |
| 608058 | 4-Vacation | 27.2500 | 11.50 | 313.38 | 1-Holiday | 15.00 | 408.76 | OASDI | 134.32 | 2,223.58 | 25-Medical | 75.00 | 1,725.00 |
| 608058 | 15-1.00 Differe | 1.0000 | 38.00 | 38.00 | 2-Personal | 14.00 | 381.50 | Medicare | 31.43 | 520.04 | 26-Dental | 12.67 | 325.01 |
| 608058 | 17-25% Differe | 6.8100 | 34.75 | 236.65 | 4-Vacation | 55.50 | 1,512.40 | PA: State WH | 66.52 | 1,101.04 | 28-Colonial Pre | 8.23 | 189.14 |
| 608058 | 28-$3.00 Differ | 3.0000 | 20.00 | 60.00 | 5-Bonus | | 250.00 | PA: EE SUI | 1.36 | 22.88 | | | |
| | | | | | 15-1.00 Differe | 683.00 | 683.00 | PA: Loc-Philade | 74.71 | 1,248.59 | | | |
| | | | | | 17-25% Differe | 709.50 | 4,831.71 | | | | | | |
| | | | | | 28-$3.00 Differ | 361.00 | 1,083.00 | | | | | | |
| | Employee Totals | | 163.50 | 2,262.59 | Total YTD: | 2,900.50 | 38,103.50 | | 515.30 | 8,635.67 | | 112.29 | 2,616.12 |

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 09/10/2021 | 2007718 |

$ 1,635.00

## Direct Deposit Voucher

Payee  **Fred Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

**NON-NEGOTIABLE**                    **NON-NEGOTIABLE**

09/09/2021  4:44:12 PM

## Direct Deposit Voucher

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

**Fred Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

IMPORTANT DOCUMENT ENCLOSED                    58--290947--0 --608058 --2007718

| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | | | Processed By Summit Care Services | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | | | (215) 247-5311 | | |
| DBA | | | | | | | | | | | | | |
| Employee Name | Fred  Rumig | | | | | | UCI | PA | Tax Status | | Dep | Flat E/F | % E/F |
| Company No. | 58 | Payroll No. | 84 | Pay Freq. | Bi-Weekly | | Federal | | Single | 4a | 2 | | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 09/05/2021 | | | 2c | 3 | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 09/18/2021 | | (W) PA | | Single | | 0 | | |
| Check No. | 2007794 | Net Pay | **1,682.62** | Check Date | 09/24/2021 | | (R) | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 5.44 | Personal Hours | (2.75) | | Balances | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,682.62 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | | |

| Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 608058 | 0-Regular Pay | 27.2500 | 35.75 | 974.19 | 0-Regular Pay | 1,098.25 | 29,927.32 | Federal WH | 223.38 | 3,742.92 | 6-Colonial Post | 16.39 | 393.36 |
| 608058 | 1-Holiday | 27.2500 | 7.50 | 204.38 | 1-Holiday | 22.50 | 613.14 | OASDI | 138.97 | 2,362.55 | 25-Medical | 75.00 | 1,800.00 |
| 608058 | 2-Personal | 27.2500 | 23.00 | 626.75 | 2-Personal | 37.00 | 1,008.25 | Medicare | 32.49 | 552.53 | 26-Dental | 12.67 | 337.68 |
| 608058 | 4-Vacation | 27.2500 | 11.50 | 313.38 | 4-Vacation | 67.00 | 1,825.78 | PA: State WH | 68.81 | 1,169.85 | 28-Colonial Pre | 8.23 | 197.37 |
| 608058 | 15-1.00 Differe | 1.0000 | 22.50 | 22.50 | 5-Bonus | | 250.00 | PA: EE SUI | 1.40 | 24.28 | | | |
| 608058 | 17-25% Differe | 6.8100 | 23.50 | 160.04 | 15-1.00 Differe | 705.50 | 705.50 | PA: Loc-Philade | 77.28 | 1,325.87 | | | |
| 608058 | 28-$3.00 Differ | 3.0000 | 12.00 | 36.00 | 17-25% Differe | 733.00 | 4,991.75 | | | | | | |
| | | | | | 28-$3.00 Differ | 373.00 | 1,119.00 | | | | | | |
| | Employee Totals | | 135.75 | 2,337.24 | Total YTD: | 3,036.25 | 40,440.74 | | 542.33 | 9,178.00 | | 112.29 | 2,728.41 |

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 09/24/2021 | 2007794 |

$ 1,682.62

## Direct Deposit Voucher

Payee  **Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

**NON-NEGOTIABLE**                    **NON-NEGOTIABLE**

09/23/2021  4:10:49 PM

## Direct Deposit Voucher

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

**Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

IMPORTANT DOCUMENT ENCLOSED                    58--290947--0 --608058 --2007794

| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | | | Processed By Summit Care Services | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | | | (215) 247-5311 | | |
| DBA | | | | | | | | | | | | | |
| Employee Name | Fred  Rumig | | | | | | UCI | PA | Tax Status | | Dep | Flat E/F | % E/F |
| Company No. | 58 | Payroll No. | 85 | Pay Freq. | Bi-Weekly | Federal | | | Single | 4a | 2 | | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 09/19/2021 | | 2c | 3 | | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 10/02/2021 | (W) PA | | | Single | | 0 | | |
| Check No. | 2007870 | Net Pay | **1,697.37** | Check Date | 10/08/2021 | (R) | | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 9.52 | Personal Hours | (0.85) | Balances | | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,697.37 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | | |

| Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 608058 | 0-Regular Pay | 27.2500 | 70.75 | 1,927.94 | 0-Regular Pay | 1,169.00 | 31,855.26 | Federal WH | 228.48 | 3,971.40 | 6-Colonial Post | 16.39 | 409.75 |
| 608058 | 15-1.00 Differe | 1.0000 | 45.50 | 45.50 | 1-Holiday | 22.50 | 613.14 | OASDI | 140.40 | 2,502.95 | 25-Medical | 75.00 | 1,875.00 |
| 608058 | 17-25% Differe | 6.8100 | 46.25 | 314.96 | 2-Personal | 37.00 | 1,008.25 | Medicare | 32.84 | 585.37 | 26-Dental | 12.67 | 350.35 |
| 608058 | 28-$3.00 Differ | 3.0000 | 24.00 | 72.00 | 4-Vacation | 67.00 | 1,825.78 | PA: State WH | 69.52 | 1,239.37 | 28-Colonial Pre | 8.23 | 205.60 |
| | | | | | 5-Bonus | | 250.00 | PA: EE SUI | 1.42 | 25.70 | | | |
| | | | | | 15-1.00 Differe | 751.00 | 751.00 | PA: Loc-Philade | 78.08 | 1,403.95 | | | |
| | | | | | 17-25% Differe | 779.25 | 5,306.71 | | | | | | |
| | | | | | 28-$3.00 Differ | 397.00 | 1,191.00 | | | | | | |
| Employee Totals | | | 186.50 | 2,360.40 | Total YTD: | 3,222.75 | 42,801.14 | | 550.74 | 9,728.74 | | 112.29 | 2,840.70 |

---

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 10/08/2021 | 2007870 |

$ 1,697.37

## Direct Deposit Voucher

**Payee**  **Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

**NON-NEGOTIABLE**                                                      **NON-NEGOTIABLE**

10/06/2021  12:17:01 PM

## Direct Deposit Voucher

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

**Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

IMPORTANT DOCUMENT ENCLOSED                                      *58--290947--0 --608058 --2007870*

HOME HEALTH SPECIALISTS INC
349 W State St
Media PA 19063-2615

ORS1.5 PRIVATE DUT
EE ID: 2692

DATE: 08/03/2021
CHECK NO.: 99277

**PAY TO THE ORDER OF**

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$480.72**
AMOUNT

VOID THIS IS NOT A CHECK ........................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692

Home Department: 5 PRIVATE DUTY

Pay Period: 07/19/21 to 07/25/21
Check Date: 08/03/21    Check #: 99277

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 480.72 | 16696.69 |
| **NET PAY** | **480.72** | **16696.69** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 21.50 | 28.0000 | 602.00 | 754.25 | 21100.94 |
| Overtime Earning | | | | 3.00 | 125.72 |
| Total Hours | 21.50 | | | 757.25 | |
| Gross Earnings | | | 602.00 | | 21226.66 |
| Total Hrs Worked | 21.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.32 | 1316.05 |
| Medicare | | 8.73 | 307.79 |
| Fed Income Tax | S 1 | 49.37 | 2001.53 |
| PA Income Tax | | 18.48 | 651.62 |
| PA Unemploy | | 0.36 | 12.70 |
| PA LMEDI-Del LS | | 1.00 | 28.00 |
| PA MEDIA-Del In | | 6.02 | 212.28 |
| **TOTAL** | | **121.28** | **4529.97** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 480.72 | 16696.69 |

Payrolls by Paychex, Inc.
0940 Y426-R690    HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA 19063-2615 • (610) 566-2700

HOME HEALTH SPECIALISTS INC.
349 W State St
Media, PA 19063-2615

Y426-R690
ORGT.5 PRIVATE DUT
ED DC601      DD

| DATE | CHECK NO. |
|---|---|
| 08/10/2021 | 99373 |

PAY TO THE ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA  19027-1927

Total Net Direct Deposit(s)
**$667.45**
AMOUNT

VOID THIS IS NOT A CHECK ................................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                   FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692

Home Department: 5 PRIVATE DUTY

Pay Period: 07/26/21 to 08/01/21
Check Date: 08/10/21    Check #: 99373

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 667.45 | 17364.14 |
| NET PAY | 667.45 | 17364.14 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 30.25 | 28.0000 | 847.00 | 784.50 | 21947.94 |
| Overtime Earning | | | | 3.00 | 125.72 |
| Total Hours | 30.25 | | | 787.50 | |
| Gross Earnings | | | 847.00 | | 22073.66 |
| Total Hrs Worked | 30.25 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 52.52 | 1368.57 |
| Medicare | | 12.28 | 320.07 |
| Fed Income Tax | S 1 | 78.77 | 2080.30 |
| PA Income Tax | | 26.00 | 677.62 |
| PA Unemploy | | 0.51 | 13.21 |
| PA LMEDI-Del LS | | 1.00 | 29.00 |
| PA MEDIA-Del In | | 8.47 | 220.75 |
| TOTAL | | 179.55 | 4709.52 |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 667.45 | 17364.14 |

Payrolls by Paychex, Inc.

0940 Y426-R690  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA  19063-2615 • (610) 566-2700

HOME HEALTH SPECIALISTS INC
349 W State St
Media PA 19063-2615

08/17/2021 DATE
99468 CHECK NO.

EE ID: 2692    ORG 15 PRIVATE DUT    DD

PAY TO THE ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$480.72**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692

Home Department: 5 PRIVATE DUTY

Pay Period: 08/02/21 to 08/08/21
Check Date: 08/17/21    Check #: 99468

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 480.72 | 17844.86 |
| **NET PAY** | **480.72** | **17844.86** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 21.50 | 28.0000 | 602.00 | 806.00 | 22549.94 |
| Overtime Earning | | | | 3.00 | 125.72 |
| Total Hours | 21.50 | | | 809.00 | |
| Gross Earnings | | | 602.00 | | 22675.66 |
| Total Hrs Worked | 21.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.32 | 1405.89 |
| Medicare | | 8.73 | 328.80 |
| Fed Income Tax | S 1 | 49.37 | 2129.67 |
| PA Income Tax | | 18.48 | 696.10 |
| PA Unemploy | | 0.36 | 13.57 |
| PA LMEDI-Del LS | | 1.00 | 30.00 |
| PA MEDIA-Del In | | 6.02 | 226.77 |
| **TOTAL** | | **121.28** | **4830.80** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 480.72 | 17844.86 |

Payrolls by Paychex, Inc.

0940 Y426-R690    HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA 19063-2615 • (610) 566-2700

HOME HEALTH SPECIALISTS
349 W State St
Media PA 19063-2615

ORG: 5 PRIVATE DUT
EE ID: 2692    DD

DATE: 08/31/2021
CHECK NO.: 99658

PAY TO THE ORDER OF: FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s): **$480.72**

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692

Home Department: 5 PRIVATE DUTY

Pay Period: 08/16/21 to 08/22/21
Check Date: 08/31/21    Check #: 99658

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 480.72 | 19035.72 |
| NET PAY | 480.72 | 19035.72 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 21.50 | 28.0000 | 602.00 | 859.75 | 24054.94 |
| Overtime Earning | | | | 3.00 | 125.72 |
| Total Hours | 21.50 | | | 862.75 | |
| Gross Earnings | | | 602.00 | | 24180.66 |
| Total Hrs Worked | 21.50 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 37.32 | 1499.20 |
| Medicare | | 8.73 | 350.62 |
| Fed Income Tax | S 1 | 49.37 | 2264.53 |
| PA Income Tax | | 18.48 | 742.30 |
| PA Unemploy | | 0.36 | 14.47 |
| PA LMEDI-Del LS | | 1.00 | 32.00 |
| PA MEDIA-Del In | | 6.02 | 241.82 |
| TOTAL | | 121.28 | 5144.94 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| NET PAY | 480.72 | 19035.72 |

Payrolls by Paychex, Inc.

0940 Y426-R690  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA 19063-2615 • (610) 566-2700

**HOME HEALTH SPECIALISTS INC.**
349 W State St
Media PA  19063-2615

ORG1:5 PRIVATE DUT
EE ID: 2692    Y426-R690    DD

DATE: 09/07/2021
CHECK NO.: 99750

PAY TO THE ORDER OF:
FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA  19027-1927

Total Net Direct Deposit(s)
**$710.14**
AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                               FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA  19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692

Home Department: 5 PRIVATE DUTY

Pay Period: 08/23/21 to 08/29/21
Check Date: 09/07/21    Check #: 99750

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 710.14 | 19745.86 |
| **NET PAY** | **710.14** | **19745.86** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 32.25 | 28.0000 | 903.00 | 892.00 | 24957.94 |
| Overtime Earning | | | | 3.00 | 125.72 |
| Total Hours | 32.25 | | | 895.00 | |
| Gross Earnings | | | 903.00 | | 25083.66 |
| Total Hrs Worked | 32.25 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.99 | 1555.19 |
| Medicare | | 13.09 | 363.71 |
| Fed Income Tax | S 1 | 85.49 | 2350.02 |
| PA Income Tax | | 27.72 | 770.02 |
| PA Unemploy | | 0.54 | 15.01 |
| PA LMEDI-Del LS | | 1.00 | 33.00 |
| PA MEDIA-Del In | | 9.03 | 250.85 |
| **TOTAL** | | **192.86** | **5337.80** |

**NET PAY**

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 710.14 | 19745.86 |

0940 Y426-R690  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA  19063-2615 • (610) 566-2700

Payrolls by Paychex, Inc.

HOME HEALTH SPECIALISTS INC.
349 W State St
Media PA 19063-2615

ORG 1-5 PRIVATE DUTY
EE ID: 2692    DD

09/14/2021
DATE

99844
CHECK NO.

PAY TO THE ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$710.14**
AMOUNT

VOID THIS IS NOT A CHECK ................................................ DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

## PERSONAL AND CHECK INFORMATION
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692
Home Department: 5 PRIVATE DUTY

Pay Period: 08/30/21 to 09/05/21
Check Date: 09/14/21    Check #: 99844

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 710.14 | 20456.00 |
| NET PAY | 710.14 | 20456.00 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 32.25 | 28.0000 | 903.00 | 924.25 | 25860.94 |
| Overtime Earning | | | | 3.00 | 125.72 |
| Total Hours | 32.25 | | | 927.25 | |
| Gross Earnings | | | 903.00 | | 25986.66 |
| Total Hrs Worked | 32.25 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 55.98 | 1611.17 |
| Medicare | | 13.10 | 376.81 |
| Fed Income Tax | S 1 | 85.49 | 2435.51 |
| PA Income Tax | | 27.72 | 797.74 |
| PA Unemploy | | 0.54 | 15.55 |
| PA LMEDI-Del LS | | 1.00 | 34.00 |
| PA MEDIA-Del In | | 9.03 | 259.88 |
| TOTAL | | 192.86 | 5530.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 710.14 | 20456.00 |

Payrolls by Paychex, Inc.
0940 Y426-R690  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA  19063-2615 • (610) 566-2700

HOME HEALTH SPECIALISTS INC
349 W State St
Media PA  19063-2615

ORG 1:5 PRIVATE DUTY
EE ID: 2692    DD

DATE: 09/21/2021    CHECK NO. 99937

PAY TO THE ORDER OF: FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA  19027-1927

Total Net Direct Deposit(s)
**$905.99**
AMOUNT

VOID  THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                        FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA  19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692

Home Department: 5 PRIVATE DUTY

Pay Period: 09/06/21 to 09/12/21
Check Date: 09/21/21    Check #: 99937

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 905.99 | 21361.99 |
| **NET PAY** | **905.99** | **21361.99** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 40.00 | 28.0000 | 1120.00 | 964.25 | 26980.94 |
| Overtime Earning | 1.75 | 42.0000 | 73.50 | 4.75 | 199.22 |
| Total Hours | 41.75 | | | 969.00 | |
| Gross Earnings | | | 1193.50 | | 27180.16 |
| Total Hrs Worked | 41.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 74.00 | 1685.17 |
| Medicare | | 17.30 | 394.11 |
| Fed Income Tax | S 1 | 145.91 | 2581.42 |
| PA Income Tax | | 36.64 | 834.38 |
| PA Unemploy | | 0.72 | 16.27 |
| PA LMEDI-Del LS | | 1.00 | 35.00 |
| PA MEDIA-Del In | | 11.94 | 271.82 |
| **TOTAL** | | **287.51** | **5818.17** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 905.99 | 21361.99 |

Payrolls by Paychex, Inc.
0940 Y426-R690  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA  19063-2615 • (610) 566-2700

HOME HEALTH SPECIALISTS INC
349 W State St
Media PA 19063-2615

Y426-R690
ORG: 5 PRIVATE DUTY

DATE: 09/28/2021
CHECK NO. 100029

PAY TO THE ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$726.14**
AMOUNT

VOID THIS IS NOT A CHECK .............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692

Home Department: 5 PRIVATE DUTY

Pay Period: 09/13/21 to 09/19/21
Check Date: 09/28/21    Check #: 100029

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 726.14 | 22088.13 |
| **NET PAY** | **726.14** | **22088.13** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 33.00 | 28.0000 | 924.00 | 997.25 | 27904.94 |
| Overtime Earning | | | | 4.75 | 199.22 |
| Total Hours | 33.00 | | | 1002.00 | |
| Gross Earnings | | | 924.00 | | 28104.16 |
| Total Hrs Worked | 33.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 57.29 | 1742.46 |
| Medicare | | 13.40 | 407.51 |
| Fed Income Tax | S 1 | 88.01 | 2669.43 |
| PA Income Tax | | 28.37 | 862.75 |
| PA Unemploy | | 0.55 | 16.82 |
| PA LMEDI-Del LS | | 1.00 | 36.00 |
| PA MEDIA-Del In | | 9.24 | 281.06 |
| **TOTAL** | | **197.86** | **6016.03** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 726.14 | 22088.13 |

Payrolls by Paychex, Inc.

0940 Y426-R690  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA  19063-2615 • (610) 566-2700