| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | | Processed By Summit Care Services | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | | | | (215) 247-5311 |
| DBA | | | | | | | | | | | | |

| Employee Name | Fred  Rumig | | | | | UCI | PA | Tax Status | | | Dep | Flat E/F | % E/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 58 | Payroll No. | 81 | Pay Freq. | Bi-Weekly | | Federal | Single | | 4a | 2 | | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 07/25/2021 | | 2c | 3 | | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 08/07/2021 | | (W) PA | Single | | 0 | | | |
| Check No. | 2007551 | Net Pay | **1,707.15** | Check Date | 08/13/2021 | | (R) | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 27.35 | Personal Hours | 14.38 | | Balances | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,707.15 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 608058 | 0-Regular Pay | 27.2500 | 71.25 | 1,941.56 | 0-Regular Pay | 945.00 | 25,751.26 | Federal WH | 231.85 | 3,094.44 | 6-Colonial Post | 16.39 | 344.19 |
| 608058 | 15-1.00 Differe | 1.0000 | 45.50 | 45.50 | 1-Holiday | 15.00 | 408.76 | OASDI | 141.35 | 1,951.77 | 25-Medical | 75.00 | 1,575.00 |
| 608058 | 17-25% Differe | 6.8100 | 46.50 | 316.67 | 2-Personal | 14.00 | 381.50 | Medicare | 33.06 | 456.46 | 26-Dental | 12.67 | 299.67 |
| 608058 | 28-$3.00 Differ | 3.0000 | 24.00 | 72.00 | 4-Vacation | 32.50 | 885.64 | PA: State WH | 69.99 | 966.44 | 28-Colonial Pre | 8.23 | 172.68 |
| | | | | | 5-Bonus | | 250.00 | PA: EE SUI | 1.43 | 20.13 | | | |
| | | | | | 15-1.00 Differe | 607.25 | 607.25 | PA: Loc-Philade | 78.61 | 1,097.42 | | | |
| | | | | | 17-25% Differe | 628.50 | 4,280.10 | | | | | | |
| | | | | | 28-$3.00 Differ | 321.00 | 963.00 | | | | | | |
| **Employee Totals** | | | 187.25 | 2,375.73 | **Total YTD:** | 2,563.25 | 33,527.51 | | 556.29 | 7,586.66 | | 112.29 | 2,391.54 |

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 08/13/2021 | 2007551 |

| $ | 1,707.15 |
|---|---|

## Direct Deposit Voucher

Payee

**Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

## NON-NEGOTIABLE

## NON-NEGOTIABLE

08/11/2021  4:53:35 PM

## Direct Deposit Voucher

| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | | Processed By Summit Care Services | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | | | | (215) 247-5311 |
| DBA | | | | | | | | | | | | |

| Employee Name | Fred  Rumig | | | | | UCI | PA | Tax Status | | | Dep | Flat E/F | % E/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 58 | Payroll No. | 82 | Pay Freq. | Bi-Weekly | Federal | | Single | | 4a | 2 | | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 08/08/2021 | | 2c | 3 | | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 08/21/2021 | (W) PA | | Single | | | 0 | | |
| Check No. | 2007637 | Net Pay | 1,667.40 | Check Date | 08/27/2021 | (R) | | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 19.87 | Personal Hours | 16.26 | Balances | | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,667.40 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | | |

| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| 608058 | 0-Regular Pay | 27.2500 | 58.25 | 1,587.31 | 0-Regular Pay | 1,003.25 | 27,338.57 | Federal WH | 218.14 | 3,312.58 | 6-Colonial Post | 16.39 | 360.58 |
| 608058 | 4-Vacation | 27.2500 | 11.50 | 313.38 | 1-Holiday | 15.00 | 408.76 | OASDI | 137.49 | 2,089.26 | 25-Medical | 75.00 | 1,650.00 |
| 608058 | 15-1.00 Differe | 1.0000 | 37.75 | 37.75 | 2-Personal | 14.00 | 381.50 | Medicare | 32.15 | 488.61 | 26-Dental | 12.67 | 312.34 |
| 608058 | 17-25% Differe | 6.8100 | 46.25 | 314.96 | 4-Vacation | 44.00 | 1,199.02 | PA: State WH | 68.08 | 1,034.52 | 28-Colonial Pre | 8.23 | 180.91 |
| 608058 | 28-$3.00 Differ | 3.0000 | 20.00 | 60.00 | 5-Bonus | | 250.00 | PA: EE SUI | 1.39 | 21.52 | | | |
| | | | | | 15-1.00 Differe | 645.00 | 645.00 | PA: Loc-Philade | 76.46 | 1,173.88 | | | |
| | | | | | 17-25% Differe | 674.75 | 4,595.06 | | | | | | |
| | | | | | 28-$3.00 Differ | 341.00 | 1,023.00 | | | | | | |
| | **Employee Totals** | | 173.75 | 2,313.40 | **Total YTD:** | 2,737.00 | 35,840.91 | | 533.71 | 8,120.37 | | 112.29 | 2,503.83 |

<table>
<tr><td>Fairview Care Center of Bethlehem Pike SNF LLC<br>184 Bethlehem Pike<br>Philadelphia, PA 19118</td><td>Check Date<br>08/27/2021</td><td>Reference No.<br>2007637</td></tr>
<tr><td></td><td>$</td><td>1,667.40</td></tr>
</table>

## Direct Deposit Voucher

Payee  **Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

# NON-NEGOTIABLE          NON-NEGOTIABLE

08/25/2021 12:46:10 PM

## Direct Deposit Voucher

| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | | | Processed By Summit Care Services | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | | | (215) 247-5311 | |
| DBA | | | | | | | | | | | | |

| Employee Name | Fred  Rumig | | | | | | UCI | PA | Tax Status | | | Dep | Flat E/F | % E/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 58 | Payroll No. | 83 | Pay Freq. | Bi-Weekly | Federal | | | Single | | 4a | | 2 | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 08/22/2021 | | 2c | | 3 | | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 09/04/2021 | (W) PA | | | Single | | | 0 | | |
| Check No. | 2007718 | Net Pay | **1,635.00** | Check Date | 09/10/2021 | (R) | | | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 12.45 | Personal Hours | 18.16 | Balances | | | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | | 1,635.00 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | Bank Account #4 | | | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | | | |

| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Current Earnings** | | | **Year to Date Earnings** | | | **Taxes** | | | **Deductions / Memos** | |
| 608058 | 0-Regular Pay | 27.2500 | 59.25 | 1,614.56 | 0-Regular Pay | 1,062.50 | 28,953.13 | Federal WH | 206.96 | 3,519.54 | 6-Colonial Post | 16.39 | 376.97 |
| 608058 | 4-Vacation | 27.2500 | 11.50 | 313.38 | 1-Holiday | 15.00 | 408.76 | OASDI | 134.32 | 2,223.58 | 25-Medical | 75.00 | 1,725.00 |
| 608058 | 15-1.00 Differe | 1.0000 | 38.00 | 38.00 | 2-Personal | 14.00 | 381.50 | Medicare | 31.43 | 520.04 | 26-Dental | 12.67 | 325.01 |
| 608058 | 17-25% Differe | 6.8100 | 34.75 | 236.65 | 4-Vacation | 55.50 | 1,512.40 | PA: State WH | 66.52 | 1,101.04 | 28-Colonial Pre | 8.23 | 189.14 |
| 608058 | 28-$3.00 Differ | 3.0000 | 20.00 | 60.00 | 5-Bonus | | 250.00 | PA: EE SUI | 1.36 | 22.88 | | | |
| | | | | | 15-1.00 Differe | 683.00 | 683.00 | PA: Loc-Philade | 74.71 | 1,248.59 | | | |
| | | | | | 17-25% Differe | 709.50 | 4,831.71 | | | | | | |
| | | | | | 28-$3.00 Differ | 361.00 | 1,083.00 | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Employee Totals** | | 163.50 | 2,262.59 | **Total YTD:** | 2,900.50 | 38,103.50 | | 515.30 | 8,635.67 | | 112.29 | 2,616.12 |

---

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 09/10/2021 | 2007718 |
| $ | 1,635.00 |

## Direct Deposit Voucher

Payee   **Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

## NON-NEGOTIABLE                    NON-NEGOTIABLE

09/09/2021  4:44:12 PM

## Direct Deposit Voucher

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

**Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

IMPORTANT DOCUMENT ENCLOSED                    58--290947--0 --608058 --2007718

| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | Processed By Summit Care Services | | |
|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | (215) 247-5311 | | |
| DBA | | | | | | | | | |

| Employee Name | Fred  Rumig | | | | | UCI | PA | Tax Status | | | Dep | Flat E/F | % E/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 58 | Payroll No. | 84 | Pay Freq. | Bi-Weekly | Federal | | Single | | 4a | 2 | | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 09/05/2021 | | 2c | 3 | | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 09/18/2021 | (W) PA | | Single | | | 0 | | |
| Check No. | 2007794 | Net Pay | 1,682.62 | Check Date | 09/24/2021 | (R) | | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 5.44 | Personal Hours | (2.75) | Balances | | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,682.62 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | | |

| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Current Earnings | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | |
| 608058 | 0-Regular Pay | 27.2500 | 35.75 | 974.19 | 0-Regular Pay | 1,098.25 | 29,927.32 | Federal WH | 223.38 | 3,742.92 | 6-Colonial Post | 16.39 | 393.36 |
| 608058 | 1-Holiday | 27.2500 | 7.50 | 204.38 | 1-Holiday | 22.50 | 613.14 | OASDI | 138.97 | 2,362.55 | 25-Medical | 75.00 | 1,800.00 |
| 608058 | 2-Personal | 27.2500 | 23.00 | 626.75 | 2-Personal | 37.00 | 1,008.25 | Medicare | 32.49 | 552.53 | 26-Dental | 12.67 | 337.68 |
| 608058 | 4-Vacation | 27.2500 | 11.50 | 313.38 | 4-Vacation | 67.00 | 1,825.78 | PA: State WH | 68.81 | 1,169.85 | 28-Colonial Pre | 8.23 | 197.37 |
| 608058 | 15-1.00 Differe | 1.0000 | 22.50 | 22.50 | 5-Bonus | | 250.00 | PA: EE SUI | 1.40 | 24.28 | | | |
| 608058 | 17-25% Differe | 6.8100 | 23.50 | 160.04 | 15-1.00 Differe | 705.50 | 705.50 | PA: Loc-Philade | 77.28 | 1,325.87 | | | |
| 608058 | 28-$3.00 Differ | 3.0000 | 12.00 | 36.00 | 17-25% Differe | 733.00 | 4,991.75 | | | | | | |
| | | | | | 28-$3.00 Differ | 373.00 | 1,119.00 | | | | | | |
| | Employee Totals | | 135.75 | 2,337.24 | Total YTD: | 3,036.25 | 40,440.74 | | 542.33 | 9,178.00 | | 112.29 | 2,728.41 |

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 09/24/2021 | 2007794 |
| $ | 1,682.62 |

## Direct Deposit Voucher

Payee  **Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

# NON-NEGOTIABLE                    NON-NEGOTIABLE

09/23/2021  4:10:49 PM

## Direct Deposit Voucher

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

**Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

IMPORTANT DOCUMENT ENCLOSED                    58--290947--0 --608058 --2007794

| Company Name | Fairview Care Center of Bethlehem Pike SNF LLC | | | | | | | | | | Processed By Summit Care Services |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Address | 184 Bethlehem Pike  Philadelphia, PA 19118 | | | | | | | | | | (215) 247-5311 |
| DBA | | | | | | | | | | | |

| Employee Name | Fred  Rumig | | | | | | UCI | PA | Tax Status | | Dep | Flat E/F | % E/F |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Company No. | 58 | Payroll No. | 85 | Pay Freq. | Bi-Weekly | Federal | | | Single | 4a | 2 | | |
| Employee No. | 290947 | Division No. | 0 | Start Date | 09/19/2021 | | 2c | 3 | | 4b | | | |
| SSN No. | *******6985 | Home Dept. No. | 608058 | End Date | 10/02/2021 | (W) PA | | | Single | | 0 | | |
| Check No. | 2007870 | Net Pay | **1,697.37** | Check Date | 10/08/2021 | (R) | | | | | | | |
| Sick Hours | 0.00 | Vacation Hours | 9.52 | Personal Hours | (0.85) | Balances | | | | | | | |
| Bank Account #1 | Checking | *****2944 | *********4737 | 1,697.37 | Bank Account #3 | | | | | | | | |
| Bank Account #2 | | | | | Bank Account #4 | | | | | | | | |
| DD Leftover Check | | | | | | | | | | | | | |
| Memos | | | | | | | | | | | | | |

| | Current Earnings | | | | Year to Date Earnings | | | Taxes | | | Deductions / Memos | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dept. | Pay Desc | Rate | Hours | Curr Amt | Pay Desc | Hours | YTD Amt | Tax Desc | Curr Amt | YTD Amt | Ded Desc | Curr Amt | YTD Amt |
| 608058 | 0-Regular Pay | 27.2500 | 70.75 | 1,927.94 | 0-Regular Pay | 1,169.00 | 31,855.26 | Federal WH | 228.48 | 3,971.40 | 6-Colonial Post | 16.39 | 409.75 |
| 608058 | 15-1.00 Differe | 1.0000 | 45.50 | 45.50 | 1-Holiday | 22.50 | 613.14 | OASDI | 140.40 | 2,502.95 | 25-Medical | 75.00 | 1,875.00 |
| 608058 | 17-25% Differe | 6.8100 | 46.25 | 314.96 | 2-Personal | 37.00 | 1,008.25 | Medicare | 32.84 | 585.37 | 26-Dental | 12.67 | 350.35 |
| 608058 | 28-$3.00 Differ | 3.0000 | 24.00 | 72.00 | 4-Vacation | 67.00 | 1,825.78 | PA: State WH | 69.52 | 1,239.37 | 28-Colonial Pre | 8.23 | 205.60 |
| | | | | | 5-Bonus | | 250.00 | PA: EE SUI | 1.42 | 25.70 | | | |
| | | | | | 15-1.00 Differe | 751.00 | 751.00 | PA: Loc-Philade | 78.08 | 1,403.95 | | | |
| | | | | | 17-25% Differe | 779.25 | 5,306.71 | | | | | | |
| | | | | | 28-$3.00 Differ | 397.00 | 1,191.00 | | | | | | |
| | **Employee Totals** | | 186.50 | 2,360.40 | **Total YTD:** | 3,222.75 | 42,801.14 | | 550.74 | 9,728.74 | | 112.29 | 2,840.70 |

<br>

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

| Check Date | Reference No. |
|---|---|
| 10/08/2021 | 2007870 |
| $ | 1,697.37 |

## Direct Deposit Voucher

Payee    **Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

## NON-NEGOTIABLE                          NON-NEGOTIABLE

10/06/2021  12:17:01 PM

## Direct Deposit Voucher

**Fairview Care Center of Bethlehem Pike SNF LLC**
184 Bethlehem Pike
Philadelphia, PA 19118

**Fred  Rumig**
260 Tulpehocken Avenue
Elkins Park, PA 19027

IMPORTANT DOCUMENT ENCLOSED                          58--290947--0 --608058 --2007870

HOME HE
349 W State St
Media PA 19063-2615

ORG: PRIVATE DUT
EE ID: 2692

| | |
|---|---|
| 08/03/2021 | 9927 |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$480.72**
AMOUNT

VOID THIS IS NOT A CHECK ............................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE     FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**

Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 2692

**Home Department:** 5 PRIVATE DUTY

**Pay Period:** 07/19/21 to 07/25/21
**Check Date:** 08/03/21   **Check #:** 99277

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 480.72 | 16696.69 |
| **NET PAY** | **480.72** | **16696.69** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Earnings | 21.50 | 28.0000 | 602.00 | 754.25 | 21100.94 |
| | Overtime Earning | | | | 3.00 | 125.72 |
| | **Total Hours** | 21.50 | | | 757.25 | |
| | **Gross Earnings** | | | 602.00 | | 21226.66 |
| | **Total Hrs Worked** | 21.50 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 37.32 | 1316.05 |
| | Medicare | | 8.73 | 307.79 |
| | Fed Income Tax | S 1 | 49.37 | 2001.53 |
| | PA Income Tax | | 18.48 | 651.62 |
| | PA Unemploy | | 0.36 | 12.70 |
| | PA LMEDI-Del LS | | 1.00 | 28.00 |
| | PA MEDIA-Del In | | 6.02 | 212.28 |
| | **TOTAL** | | 121.28 | 4529.97 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 480.72 | 16696.69 |

*Payrolls by Paychex, Inc.*

**0940 Y426-R690**  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA 19063-2615 • (610) 566-2700

HOME HEALTH SPECIALISTS INC.
349 W State St
Media PA 19063-2615

PAY TO THE ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Y426-R690
ORG'S PRIVATE DUTY

| DATE | CHECK NO. |
|---|---|
| 08/10/2021 | 99373 |

Total Net Direct Deposit(s)
**$667.45**
AMOUNT

VOID THIS IS NOT A CHECK ........................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 2692

**Home Department:** 5 PRIVATE DUTY

**Pay Period:** 07/26/21 to 08/01/21
**Check Date:** 08/10/21    **Check #:** 99373
### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 667.45 | 17364.14 |
| **NET PAY** | **667.45** | **17364.14** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 30.25 | 28.0000 | 847.00 | 784.50 | 21947.94 |
| Overtime Earning | | | | 3.00 | 125.72 |
| **Total Hours** | 30.25 | | | 787.50 | |
| **Gross Earnings** | | | 847.00 | | 22073.66 |
| **Total Hrs Worked** | 30.25 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 52.52 | 1368.57 |
| Medicare | | 12.28 | 320.07 |
| Fed Income Tax | S 1 | 78.77 | 2080.30 |
| PA Income Tax | | 26.00 | 677.62 |
| PA Unemploy | | 0.51 | 13.21 |
| PA LMEDI-Del LS | | 1.00 | 29.00 |
| PA MEDIA-Del In | | 8.47 | 220.75 |
| **TOTAL** | | 179.55 | 4709.52 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **667.45** | **17364.14** |

*Payrolls by Paychex, Inc.*

**0940 Y426-R690** HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA 19063-2615 • (610) 566-2700

HOME HEALTH SPECIALISTS INC.
349 W State St
Media PA  19063-2615

OFFICE 5 PRIVATE DUT
EE ID: 2692        DD

| | |
|---|---|
| 08/17/2021 | 99468 |
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$480.72**

AMOUNT

VOID THIS IS NOT A CHECK . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA  19027-1927
Soc Sec #: xxx-xx-xxxx   **Employee ID:** 2692

**Home Department:** 5 PRIVATE DUTY

**Pay Period:** 08/02/21 to 08/08/21
**Check Date:** 08/17/21   **Check #:** 99468
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 480.72 | 17844.86 |
| **NET PAY** | **480.72** | **17844.86** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Earnings | 21.50 | 28.0000 | 602.00 | 806.00 | 22549.94 |
| | Overtime Earning | | | | 3.00 | 125.72 |
| | Total Hours | 21.50 | | | 809.00 | |
| | Gross Earnings | | | 602.00 | | 22675.66 |
| | Total Hrs Worked | 21.50 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
|---|---|---|---|---|---|---|
| | Social Security | | | 37.32 | | 1405.89 |
| | Medicare | | | 8.73 | | 328.80 |
| | Fed Income Tax | S 1 | | 49.37 | | 2129.67 |
| | PA Income Tax | | | 18.48 | | 696.10 |
| | PA Unemploy | | | 0.36 | | 13.57 |
| | PA LMEDI-Del LS | | | 1.00 | | 30.00 |
| | PA MEDIA-Del In | | | 6.02 | | 226.77 |
| | **TOTAL** | | | 121.28 | | 4830.80 |

| NET PAY | | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | | | 480.72 | 17844.86 |

| 08/31/2021 | 99658 |
|---|---|
| DATE | CHECK NO. |

PAY TO THE
ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$480.72**

AMOUNT

VOID THIS IS NOT A CHECK ........................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

⬆ FOLD AND REMOVE                                                      FOLD AND REMOVE ⬆

## PERSONAL AND CHECK INFORMATION
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 2692

**Home Department:** 5 PRIVATE DUTY

**Pay Period:** 08/16/21 to 08/22/21
**Check Date:** 08/31/21    **Check #:** 99658

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 480.72 | 19035.72 |
| **NET PAY** | **480.72** | **19035.72** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Earnings | 21.50 | 28.0000 | 602.00 | 859.75 | 24054.94 |
| | Overtime Earning | | | | 3.00 | 125.72 |
| | Total Hours | 21.50 | | | 862.75 | |
| | Gross Earnings | | | 602.00 | | 24180.66 |
| | Total Hrs Worked | 21.50 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 37.32 | 1499.20 |
| | Medicare | | 8.73 | 350.62 |
| | Fed Income Tax | S 1 | 49.37 | 2264.53 |
| | PA Income Tax | | 18.48 | 742.30 |
| | PA Unemploy | | 0.36 | 14.47 |
| | PA LMEDI-Del LS | | 1.00 | 32.00 |
| | PA MEDIA-Del In | | 6.02 | 241.82 |
| | **TOTAL** | | 121.28 | 5144.94 |

| | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 480.72 | 19035.72 |

09/07/2021    99750
DATE    CHECK NO.

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA  19027-1927

Total Net Direct Deposit(s)
**$710.14**

AMOUNT

VOID THIS IS NOT A CHECK ........................................... DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                          FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA  19027-1927
**Soc Sec #:** xxx-xx-xxxx     **Employee ID:** 2692

**Home Department:** 5 PRIVATE DUTY

**Pay Period:** 08/23/21 **to** 08/29/21
**Check Date:** 09/07/21     **Check #:** 99750

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 710.14 | 19745.86 |
| **NET PAY** | **710.14** | **19745.86** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Earnings | 32.25 | 28.0000 | 903.00 | 892.00 | 24957.94 |
| | Overtime Earning | | | | 3.00 | 125.72 |
| | **Total Hours** | 32.25 | | | 895.00 | |
| | **Gross Earnings** | | | 903.00 | | 25083.66 |
| | **Total Hrs Worked** | 32.25 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 55.99 | 1555.19 |
| | Medicare | | 13.09 | 363.71 |
| | Fed Income Tax | S 1 | 85.49 | 2350.02 |
| | PA Income Tax | | 27.72 | 770.02 |
| | PA Unemploy | | 0.54 | 15.01 |
| | PA LMEDI-Del LS | | 1.00 | 33.00 |
| | PA MEDIA-Del In | | 9.03 | 250.85 |
| | **TOTAL** | | 192.86 | 5337.80 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **710.14** | **19745.86** |

Payrolls by Paychex, Inc.

**0940 Y426-R690**  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA 19063-2615 • (610) 566-2700

THE FACE OF THIS DOCUMENT CONTAINS MICROPRINTING • THE BACKGROUND COLOR CHANGES GRADUALLY AND EVENLY

HOME HEALTH SPECIALISTS INC.
349 W State St
Media PA  19063-2615

ORG 1 5 PRIVATE DUT
EE ID  2692  DD

| | DATE | CHECK NO. |
|---|---|---|

Payrolls by Paychex, Inc.

PAY TO THE
ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA  19027-1927

Total Net Direct Deposit(s)
**$710.14**

AMOUNT

VOID THIS IS NOT A CHECK ............................................ DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                   FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA  19027-1927
Soc Sec #: xxx-xx-xxxx    Employee ID: 2692

Home Department: 5 PRIVATE DUTY

Pay Period: 08/30/21 to 09/05/21
Check Date: 09/14/21    Check #: 99844
**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 710.14 | 20456.00 |
| **NET PAY** | **710.14** | **20456.00** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Earnings | 32.25 | 28.0000 | 903.00 | 924.25 | 25860.94 |
| | Overtime Earning | | | | 3.00 | 125.72 |
| | Total Hours | 32.25 | | | 927.25 | |
| | Gross Earnings | | | 903.00 | | 25986.66 |
| | Total Hrs Worked | 32.25 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 55.98 | 1611.17 |
| | Medicare | | 13.10 | 376.81 |
| | Fed Income Tax | S 1 | 85.49 | 2435.51 |
| | PA Income Tax | | 27.72 | 797.74 |
| | PA Unemploy | | 0.54 | 15.55 |
| | PA LMEDI-Del LS | | 1.00 | 34.00 |
| | PA MEDIA-Del In | | 9.03 | 259.88 |
| | **TOTAL** | | 192.86 | 5530.66 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **710.14** | **20456.00** |

| | 09/21/2021 | 99937 |
|---|---|---|
| EE ID: 2692 | DATE | CHECK NO. |

PAY TO THE
ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$905.99**

AMOUNT

VOID THIS IS NOT A CHECK ........................................ DOLLARS

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

FOLD AND REMOVE

## PERSONAL AND CHECK INFORMATION

Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027-1927
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 2692

**Home Department:** 5 PRIVATE DUTY

**Pay Period:** 09/06/21 to 09/12/21
**Check Date:** 09/21/21    **Check #:** 99937

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 905.99 | 21361.99 |
| **NET PAY** | **905.99** | **21361.99** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular Earnings | 40.00 | 28.0000 | 1120.00 | 964.25 | 26980.94 |
| Overtime Earning | 1.75 | 42.0000 | 73.50 | 4.75 | 199.22 |
| Total Hours | 41.75 | | | 969.00 | |
| Gross Earnings | | | 1193.50 | | 27180.16 |
| Total Hrs Worked | 41.75 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 74.00 | 1685.17 |
| Medicare | | 17.30 | 394.11 |
| Fed Income Tax | S 1 | 145.91 | 2581.42 |
| PA Income Tax | | 36.64 | 834.38 |
| PA Unemploy | | 0.72 | 16.27 |
| PA LMEDI-Del LS | | 1.00 | 35.00 |
| PA MEDIA-Del In | | 11.94 | 271.82 |
| **TOTAL** | | 287.51 | 5818.17 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 905.99 | 21361.99 |

Payrolls by Paychex, Inc.

**0940 Y426-R690**  HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA 19063-2615 • (610) 566-2700

HOME HEALTH SPECIALISTS INC
349 W STATE ST
Media PA 19063-2615

| | | | | |
|---|---|---|---|---|
| | | | 09/28/2021 | 100029 |
| | | | DATE | CHECK NO. |

PAY TO THE
ORDER OF

FREDERICK RUMIG
260 TULPEHOCKEN AVE
ELKINS PARK PA 19027-1927

Total Net Direct Deposit(s)
**$726.14**

AMOUNT

**VOID THIS IS NOT A CHECK** .......................................... **DOLLARS**

**NON-NEGOTIABLE**

AUTHORIZED SIGNATURE(s)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
Frederick Rumig
260 Tulpehocken Ave
Elkins Park, PA  19027-1927
Soc Sec #: xxx-xx-xxxx    **Employee ID:** 2692

**Home Department:** 5 PRIVATE DUTY

**Pay Period:** 09/13/21 to 09/19/21
**Check Date:** 09/28/21    **Check #:** 100029

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 024 | 726.14 | 22088.13 |
| **NET PAY** | **726.14** | **22088.13** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular Earnings | 33.00 | 28.0000 | 924.00 | 997.25 | 27904.94 |
| | Overtime Earning | | | | 4.75 | 199.22 |
| | **Total Hours** | 33.00 | | | 1002.00 | |
| | **Gross Earnings** | | | 924.00 | | 28104.16 |
| | **Total Hrs Worked** | 33.00 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 57.29 | 1742.46 |
| | Medicare | | 13.40 | 407.51 |
| | Fed Income Tax | S 1 | 88.01 | 2669.43 |
| | PA Income Tax | | 28.37 | 862.75 |
| | PA Unemploy | | 0.55 | 16.82 |
| | PA LMEDI-Del LS | | 1.00 | 36.00 |
| | PA MEDIA-Del In | | 9.24 | 281.06 |
| | **TOTAL** | | 197.86 | 6016.03 |

| | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| **NET PAY** | | **726.14** | **22088.13** |

Payrolls by Paychex, Inc.

**0940 Y426-R690** HOME HEALTH SPECIALISTS INC. • 349 W State St • Media PA  19063-2615 • (610) 566-2700