# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                      Chapter 13

                                                      Bankruptcy No. 21-12946-ELF

FREDERICK  PAUL RUMIG

260 TULPHOCKEN AVENUE

ELKINS PARK, PA 19027

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    FREDERICK  PAUL RUMIG

    260 TULPHOCKEN AVENUE

    ELKINS PARK, PA 19027

Counsel for debtor(s), by electronic notice only.

    CHRISTOPHER CONSTANTINE CARR
    LAW OFFICES OF CHRISTOPHER CONSTANTINE C
    3240 TYNING LANE
    DOWNINGTOWN, PA 19335-

                                                    /S/ Kenneth E. West

Date: 2/9/2022                              _____

                                                    Kenneth E. West, Esquire
                                                    Chapter 13 Standing Trustee