**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                Case No. 21-12946-elf
                                                                                  Chapter 13

Frederick Paul Rumig


Debtor(s).

## **REQUEST TO MARK OBJECTION TO PLAN MOOT**

Kindly mark the Objection to Confirmation of Plan filed by Movant, **EMM LOANS LLC**, on December 20, 2021 as moot.


                                                     By:      */s/ Daniel P. Jones, Esquire*
                                                                              Daniel P. Jones, Esquire,
                                                                              Bar No: 321876
                                                                              Stern & Eisenberg, PC
                                                                              1581 Main Street, Suite 200
                                                                              The Shops at Valley Square
                                                                              Warrington, PA 18976
                                                                              Phone: (215) 572-8111
                                                                              Fax: (215) 572-5025
                                                                              djones@sterneisenberg.com
                                                                              Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 4th day of March, 2022, to the following:

Christopher Constantine Carr
Law Offices of Christopher Constantine C
3240 Tyning Lane
Downingtown, PA 19335
cccarresq@aol.com
***Attorney for Debtor(s)***

Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
***Chapter 13 Trustee***

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Frederick Paul Rumig
260 Tulpehocken Ave
Elkins Park, PA 19027
***Debtor(s)***

                              By:     */s/Daniel P. Jones, Esquire*