# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                   Chapter 13

FREDERICK  PAUL RUMIG                      Bankruptcy No. 21-12946-ELF

260 TULPHOCKEN AVENUE

ELKINS PARK, PA 19027

             Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
     FREDERICK  PAUL RUMIG

     260 TULPHOCKEN AVENUE

     ELKINS PARK, PA 19027

**Counsel for debtor(s), by electronic notice only.**
     CHRISTOPHER CONSTANTINE CARR
     LAW OFFICES OF CHRISTOPHER CONSTANTINE C
     3240 TYNING LANE
     DOWNINGTOWN, PA 19335-

**Counsel for the United States Trustee, by electronic notice only.**
     Office of the U.S. Trustee
     Eastern District of Pennsylvania
     833 Chestnut Street, Suite 500
     Philadelphia, PA  19107

Date: 3/8/2022                                                                         /s/ Kenneth E. West

                                                                             _____
                                                                             Kenneth E. West, Esquire
                                                                             Chapter 13 Standing Trustee