United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                  Case No. 21-12946-elf
Frederick Paul Rumig                                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 2
Date Rcvd: Apr 06, 2022                    Form ID: 155                              Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Frederick Paul Rumig, 260 Tulphocken Avenue, Elkins Park, PA 19027-1927 |
| 14646671 | | AFC Urgent Care Willow Grove, 2848 W. Moreland Avenue, Willow Grove, PA 19090-3051 |
| 14646674 | | Bsi Financial Services, 314 S. Franklin Street, Titusville, PA 16354-2168 |
| 14656887 | + | EMM LOANS, LLC, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14656835 | + | EMM LOANS, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14657358 | + | EMM Loans LLC, 500 S Broad St. Suite 100A, Meriden, Connecticut 06450-6755 |
| 14656392 | + | EMM Loans, LLC, C/O Steven K. Eisenberg, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14646678 | | Jefferson Surgical Center, at the Navy Yard, 3 Crescent Drive, Suite 310, Philadelphia, PA 19112-1017 |
| 14646679 | + | Lauren A. Lepkowski, 260 Tulpehocken Avenue, Elkins Park, PA 19027-1927 |
| 14646680 | | PFFCU, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14659464 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14646681 | | Rothman Orthopedic Institute, P.O. Box 412423, Boston, MA 02241-2423 |
| 14646685 | | TD RCS/Samsung, 1000 MCARTHUR BLVD., Mahwah, NJ 07430-2035 |
| 14646686 | | TD RCS/Samsung, P.O. Box 100114, Columbia, SC 29202-3114 |
| 14648619 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14646687 | | United Anesthesia Service, P.O. Box 828962, Philadelphia, PA 19182-8962 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14646672 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:53:00 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14646673 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:53:14 | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 14653448 | | Email/PDF: bncnotices@becket-lee.com | Apr 06 2022 23:53:32 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14646676 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:53:14 | Capital One Bank USA, P.O. Box 85015, Richmond, VA 23285-5075 |
| 14646675 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 23:53:32 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14647664 | + | Email/Text: bankruptcy@cavps.com | Apr 06 2022 23:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14646677 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 06 2022 23:53:32 | CitiBank/Best Buy, P.O. Box 78009, Phoenix, AZ 85062-8009 |
| 14647941 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 06 2022 23:53:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14657654 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2022 23:53:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14646683 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:53:14 | SYNCB/AMAZON PLCC, P.O. Box 965013, Orlando, FL 32896-5013 |

Case 21-12946-elf    Doc 55    Filed 04/08/22    Entered 04/09/22 00:27:29    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: 155 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14646682 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:53:32 | SYNCB/AMAZON PLCC, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14646684 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:53:14 | SYNCB/PayPal, P.O. Box 960006, Orlando, FL 32896-0006 |
| 14647473 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:53:14 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14647566 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2022 23:53:14 | Synchrony Bank, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14648619 | + | Email/Text: tdebn@credbankserv.com | Apr 06 2022 23:50:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 08, 2022           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER CONSTANTINE CARR | on behalf of Debtor Frederick Paul Rumig cccarresq@aol.com loanmodbycccesq@aol.com;ccr74486@notify.bestcase.com |
| DANIEL P. JONES | on behalf of Creditor EMM Loans LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor EMM Loans LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEVEN K. EISENBERG | on behalf of Creditor EMM Loans LLC seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Frederick Paul Rumig
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−12946−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 5th day of April, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Eric L. Frank
                                                        Judge ,
                                                        United States Bankruptcy Court

53 − 18, 50
Form 155